467 A.2d 55

Commonwealth v. Quartman, Appellant.

Submitted May 31, 1983. Anne L. Wall, Assistant Public Defender, for appellant; Kenneth D. Brown, District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and CIRILLO, JJ.

Judgment of sentence affirmed.